IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-03308-JLK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: March 6, 2012** | Courtroom Deputy:  Robin Mason |

*Parties:*  *Counsel:*

LEHMAN BROTHERS HOLDINGS, INC.   Matthew David Spohn

    Movant,

v.

W.J. BRADLEY MERCHANT PARTNERS, LLC   David G. Palmer

    Objector.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     9:18 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding movant's MOTION to Compel W.J. Bradley Merchant Partners, LLC's Responses to Subpoena (Docket No. 1 filed on 12/16/2011) and where the parties are at with producing and receiving discovery.

**ORDERED:**   The court **DENIES as MOOT** (and without prejudice) movant's MOTION to Compel W.J. Bradley Merchant Partners, LLC's Responses to Subpoena (Docket No. 1 filed on 12/16/2011).  Pursuant to D.C. COLO. LCivR 72.1 B. 7., based on the ruling of the court, this civil action is closed.

HEARING CONCLUDED.
**Court in recess:      9:28 p.m.**     Total time in court:     00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.